```
                    CLERK'S OFFICE U.S. DIST. COURT
                         AT ROANOKE, VA
                              FILED
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

APR 26 2007

JOHN F. CORCORAN, CLERK
BY: /s/ J. Clatt
    DEPUTY CLERK

| | | |
|---|---|---|
| DAVID ARNOLD COLE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07cv00212 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| TAMMY STANLEY, | ) | By: Samuel G. Wilson |
|     Defendant. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the plaintiff.

**ENTER**: This 26th day of April, 2007.

_____
United States District Judge